PHILLIP A. TALBERT
United States Attorney
WILLIAM S. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:03-CR-00371-MCE-EFB |
| Plaintiff, | STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER FOR EXTENSION OF TIME TO FILE THE GOVERNMENT'S SURREPLY |
| v. | |
| DWAYNE LAMONT SLATER, BILLY RAY GIBSON, MICHAEL DENNIS WILLIAMS, SHONDOR JANELL ARCENEAUX, DELESHIA MONET GILBERT, AND BRENT DELVALEN BLAKE, | DATE: January 20, 2017 TIME: COURT: Hon. Edmund F. Brennan |
| Defendants. | |

Respondent, United States of America, by and through its attorneys of record, Phillip A. Talbert, United States Attorney, and William S. Wong, Assistant United States Attorney, requests and extension of time to January 25, 2017 in which to file its surreply. The surreply is currently due January 20, 2017.

Counsel for the Government is requesting an additional 5 days to conduct further research in order to file a proper surreply. Defense counsel does not oppose the Government's request.

///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER

1

1  IT IS SO STIPULATED.

2

3  Dated: January 20, 2017    PHILLIP A. TALBERT
                               United States Attorney

4

5                              /s/ WILLIAM S. WONG
                               WILLIAM S. WONG
6                              Assistant United States Attorney

7

8

9  Dated: January 20, 2017    /s/ JOHN BALAZS
                               JOHN BALAZS
10                             Counsel for Defendant
                               DWAYNE LAMONT SLATER
11

12
   Dated: January 20, 2017    /s/ BARRY MORRIS
13                             BARRY MORRIS
                               Counsel for Defendant
14                             SHONDOR JANELL ARCENEAUX

15

16 Dated: January 20, 2017    /s/ ANN C. M$^c$CLINTOCK
                               ANN C. M$^c$CLINTOCK
17                             Counsel for Defendant
                               BRENT DELVALEN BLAKE
18

19 Dated: January 20, 2017    /s/ ANN C. M$^c$CLINTOCK
                               ANN C. M$^c$CLINTOCK
20                             Counsel for Defendant
                               LOVE FITZGERALD MILLER
21                             aka BILLY RAY GIBSON

22

23 Dated: January 20, 2017    /s/ ANN C. M$^c$CLINTOCK
                               ANN C. M$^c$CLINTOCK
24                             Counsel for Defendant
                               MICHAEL DENNIS WILLIAMS
25

26 Dated: January 20, 2017    /s/ CAROLYN M. WIGGIN
                               CAROLYN M. WIGGIN
27                             Counsel for Defendant
                               DELESHIA MONET GILBERT
28

**[PROPOSED] ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the Government's request for an extension of time to January 25, 2017 in which to file its Surreply is Granted.

DATED:  January 23, 2017.

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE