1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                No.  2:03-cr-0371-MCE-EFB P

12                Respondent,

13          v.                                ORDER

14   DWAYNE LAMONT SLATER, BILLY
     RAY GIBSON, MICHAEL DENNIS
15   WILLIAMS, DELISHIA MONET
     GILBERT, DEREK LADONTE
16   MADDOX, BRENT DELVALEN
     BLAKE, AND KENNETH DEANDRE
17   RODGERS,

18                Movants.

19

20          Movants have filed motions to vacate, set aside, or correct their sentences pursuant to 28

21   U.S.C. § 2255.  On October 16, 2018, the court denied their motions, but did not issue or deny

22   certificates of appealability at the time the final orders were entered.  See ECF Nos. 1104, 1105;

23   see also Rule 11(a), Rules Governing § 2255 Cases

24   ///

25   ///

26   ///

27   ///

28   ///

1

A certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). For the reasons set forth in the magistrate judge's June 18, 2018 findings and recommendations (ECF Nos. 1088, 1089), movants have not made a substantial showing of the denial of a constitutional right. Accordingly, the Court declines to issue a certificate of appealability and the Clerk of the Court shall terminate ECF No. 1108 (Movants' Joint Motion for Certificates of Appealability).

IT IS SO ORDERED.

Dated: October 18, 2018

_____

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE